# IN THE SUPREME COURT OF THE STATE OF NEVADA

KELVIN LEE WILLIAMS,
                    Appellant,
        vs.
THE STATE OF NEVADA,
                    Respondent.

No. 79390

**FILED**

AUG 3 0 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a purported district court order denying a writ of habeas corpus. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

No decision, oral or written, had been made on the petition when appellant filed his appeal on August 8, 2019. Thus, this appeal is premature. Because appellant failed to designate an appealable order, we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____ *Pickering*, J.
Pickering

_____, J.
Parraguirre

_____ *Cadish*, J.
Cadish

cc:  Hon. William D. Kephart, District Judge
     Kelvin Lee Williams
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

19-36478